UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS CALLE, individually and on behalf all other employees similarly situated,

    Plaintiff,

- against -

YONELESS ENTERPRISES, INC. d/b/a LA MARINA BAR RESTAURANT, AIDA M. RODRIGUEZ, John Doe and Jane Doe # 1-10

    Defendants.



Case No. 1:16-cv-1008 (NGG)

**CERTIFICATE OF DEFAULT**

I, DOUGLAS C. PALMER, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants YONELESS ENTERPRISES, INC. d/b/a LA MARINA BAR RESTAURANT, AIDA M. RODRIGUEZ have not filed an answer or otherwise moved with respect to the amended complaint herein. The default of YONELESS ENTERPRISES, INC. d/b/a LA MARINA BAR RESTAURANT, AIDA M. RODRIGUEZ is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    April 17th, 2017

DOUGLAS C. PALMER, Clerk of Court

By: _Janet Hamilton_
    Deputy Clerk